## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: MICHAEL & MARGARET THOMAS**                    **CASE NO: 13-11434**

## CERTIFICATE OF SERVICE

I, R. Gawyn Mitchell, Attorney for the Debtors do hereby certify that I have this day either mailed, a true and correct copy by United States mail, postage prepaid or electronically mailed through ECF, a copy of the attached amended plan to all creditors and parties in interest listed on the master mailing list (matrix) and to the following:

Terre M. Vardaman
VARDAMAN13ECF@gmail.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

DATED: June 3, 2013

/s/ R. Gawyn Mitchell
R. GAWYN MITCHELL
Attorney at Law

R. GAWYN MITCHELL, P.A.
112 5th Street South
Post Office Box 1216
Columbus, MS 39703-1216
(662) 327-3344

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MICHAEL & MARGARET THOMAS       CASE NO. 13-11434
      DEBTORS                            CHAPTER 13

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the attached amended plan

must be filed with:

> David J. Puddister, Clerk of Court
> Cochran U.S. Bankruptcy Court
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39703-0867

and a copy must be served on the undersigned Debtors' attorney and the Chapter 13 trustee on or

before twenty-one (21) days from the date of this notice.  In the event a written response is filed,

the Court will notify you of the date, time and place of the hearing thereon.

DATE:  June 3, 2013

CHAPTER 13 STANDING TRUSTEE        */s/ R. Gawyn Mitchell*_____
Terre M. Vardaman                       ATTORNEY FOR DEBTORS
P.O. Box 1326                            P.O. Box 1216
Brandon, MS 39043                      Columbus, MS 39703-1216
VARDAMAN13ECF@gmail.com            Telephone No: (662) 327-3344

**AMENDED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI      CASE NO:__13-11434__**

Median Income: ☐ Above ☒ Below

Debtor__**Michael Thomas**_____ SS#XXX-XX-__**9704**__ Current Monthly Income $__**1,066.00**__

Jt. Debtor__**Margaret Thomas**_____ SS#XXX-XX-__**6990**__ Current Monthly Income $__**674.00**__

Address__**303 Tea Garden, Starkville, MS 39759**_____ No. of Dependents____**0**____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __**48**__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)    Debtor shall pay $__**177.00**__ per (☒ *monthly*, ☐ semi-monthly, ☐ week, or ☐ bi-weekly) to the Chapter 13 Trustee.  Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

__**Debtor because debtor**_____

__**receives Disability**_____

_____

(B)    Joint Debtor shall pay $_____ per (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the Chapter 13 Trustee.  Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

_____

_____

_____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service: $ _____@$_____ /mo

MS Dept. of Revenue: $_____@$_____/mo    Other/_____: $_____@$_____/mo

**DOMESTIC SUPPORT OBLIGATIONS.** DUE TO:        _____
_____
_____

POST PETITION OBLIGATION:  In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE:  In the amount of $_____ which shall be paid in the
amount of $_____ per month.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party of interest, the plan will be amended consistent with the proof of claim filed herein, subject to the state date for the continuing monthly mortgage payment proposed herein

MTG PMTS TO: _____BEGINNING _____@$_____( ) PLAN  ( ) DIRECT

MTG PMTS TO:_____BEGINNING _____@$_____( ) PLAN  ( ) DIRECT

MTG PMTS TO:_____BEGINNING _____@$_____( ) PLAN  ( ) DIRECT

MTG ARREARS TO: _____ THROUGH_____$_____@$_____/MO

MTG ARREARS TO: _____ THROUGH_____$_____@$_____/MO

MTG ARREARS TO: _____ THROUGH_____$_____@$_____/MO

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due:_____ Int. Rate:_____

Property Address:_____ Are related taxes and/or insurance escrowed ☐ Yes ☐ No

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____

Property Address: _____ Are related taxes and/or insurance escrowed ☐ Yes ☐ No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | TOTAL AMT. TO BE PAID | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| Tower Loan | 03 Silverado & NPM-NE | ___ | $2,550.92 | $2595.00 | 7% | $2,932.08 | $61.08 |
| Republic Finance | NPM (Non-Exempt) | ___ | $1,135.94 | $250.00 | 7% | $287.89 | $5.99 |
| ✳ W.S. Badcock | 42' TV & Mattress Set | ___ | $1,227.05 | $500.00 | 7% | $1,410.40 | $29.38 |
| ___ | ___ | ___ | ___ | ___ | ___% | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___% | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___% | ___ | ___ |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL OR TYPE OF DEBT | APPROX. AMT. OWED | PROPOSAL TO BE PAID |
|---|---|---|---|
| **Credit Acceptance** | **2006 Ford F-150** | **$10,217.80** | **SURRENDER & PAY 0** |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
The Individual plan payments to creditors shall constitute adequate protection payments to Creditors pursuant to this Court's standing order.

Debtor's Initials __MT__        Joint Debtor's Initials ___MT___        CHAPTER 13 PLAN, PAGE 2 OF __3__

**GENERAL UNSECURED CLAIMS** total approximately $__12,258.55__. Such claims must be *timely filed* and not disallowed to receive payment as follows: _____ IN FULL (100%), __0__ % (percent) MINIMUM, or a total distribution of $___0.00_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*


**\*\*Debtors will pay 0 to all unsecured creditors whose claims are unenforceable because they are barred by statute of limitations.**

Total Attorney Fees Charged $_____3,000.00__

Attorney Fees Previously Paid $_____4.00__

Attorney fees to be paid through the plan $_2,996.00__

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

_____

_____

_____

Telephone/Fax_____

Attorney for Debtor (Name/Address/Phone #/Email)

**R. GAWYN MITCHELL**
**P.O. BOX 1216**
**COLUMBUS, MS  39703**
**Telephone 662-327-3344**


DATE:__06/03/13_____

DEBTOR'S SIGNATURE     */s/ Michael Thomas_____*

JOINT DEBTOR'S SIGNATURE */s/ Margaret Thomas_____*

ATTORNEY SIGNATURE     */s/ R. Gawyn Mitchell_____*

Label Matrix for local noticing
0537-1
Case 13-11434-JDW
Northern District of Mississippi
Aberdeen
Mon Jun  3 11:31:06 CDT 2013

CB&S Bank
303 Hwy 12 West
Starkville, MS 39759-3632

Care Credit
P.O. Box 960061
Orlando, FL 32896-0061

Citifinancial
P.O. Box 183015
Columbus, OH 43218-3015

Credit Acceptance
25505 W 12 Mile Rd Suite 3000
Southfield MI 48034-8331

Credit Acceptance Corp.
c/o Larry Spencer, Esq.
P.O. Box 123
P.O. Box 123
Jackson, MS 39205-0123

R. Gawyn Mitchell
P.O. Box 1216
Columbus, MS 39703-1216

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Recovery Management Systems Corporation
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Republic Finance
P.O. Box 731
Starkville, MS 39760-0731

Republic Finance Bankruptcy Center
7535 Airways Blvd Ste 210
Southaven, Ms 38671-5809

John S. Simpson
Simpson Law Firm, P. A.
Post Office Box 1410
Ridgeland, MS 39158-1410

Larry Spencer
King & Spencer
235 E. Capitol St.
P.O. Box 123
Jackson, MS 39205-0123

Margaret Thomas
303 Tea Garden
Starkville, MS 39759-5056

Michael Thomas
303 Tea Garden
Starkville, MS 39759-5056

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

Terre M. Vardaman
P. O. Box 1326
Brandon, MS 39043-1326

(p)W S BADCOCK
P O BOX 232
MULBERRY FL
33860-0232

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Tower Loan
P.O. Box 1261
Starkville, MS 39759

(d)Tower Loan
P.O. Box 1261
Starkville, MS 39759

(d)Tower Loan
P.O. Box 320367
Flowood, MS 39232-0367

W. S. Badcock, Corp.
P. O. Box 232
Mulberry, FL 33860

(d)W. S. Badcock, Corp.
P. O. Box 232
Mulberry, FL  33860

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Credit Acceptance<br>25505 W 12 Mile Rd., Ste. 3000<br>Southfield, MI 48034-8331 | (d)Republic Finance<br>P.O. Box 731<br>Starkville, MS 39760-0731 | End of Label Matrix<br>Mailable recipients   20<br>Bypassed recipients    2<br>Total                 22 |